## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TENNESSEE
## AT KNOXVILLE

| | | | |
|---|---|---|---|
| DAVIDE THOMPSON, | ) | | |
| | ) | | |
| Plaintiff, | ) | | |
| | ) | | |
| v. | ) | No. | 3:22-CV-252-KAC-DCP |
| | ) | | |
| C/O MOORE, | ) | | |
| C/O CUTTER, | ) | | |
| SGT. MUNSEY, | ) | | |
| | ) | | |
| Defendants. | ) | | |

## JUDGMENT

As forth in the Memorandum Opinion filed contemporaneously with this Order, the Court **DISMISSED** Plaintiff's pro se Complaint for failure to state a claim upon which relief may be granted. *See* 28 U.S.C. §§ 1915(e)(2)(B) and 1915A. Because the Court **CERTIFIED** in the Memorandum Opinion that any appeal would not be taken in good faith, should Plaintiff file a notice of appeal, he is **DENIED** leave to appeal *in forma pauperis*. *See* 28 U.S.C. § 1915(a)(3); Fed. R. App. P. 24. Accordingly, the Clerk is **DIRECTED** to close the case.

**SO ORDERED.**

 s/ Katherine A. Crytzer
KATHERINE A. CRYTZER
United States District Judge

ENTERED AS A JUDGMENT
*/s/ LeAnna R. Wilson*
CLERK OF COURT